## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**JOEL MAYES**                                                                                          **PETITIONER**

**v.**                                                                        **CIVIL ACTION NO. 3:08-CV-356-S**

**DEPARTMENT OF CORRECTIONS**                                                                **RESPONDENT**

### ORDER

For the reasons set forth in the Memorandum Opinion and this Court's prior Order dated October 10, 2008 (DN 7), **IT IS ORDERED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that the action is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

There being no just reason for delay in its entry, this is a final Order.

Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date:

cc:    Petitioner, *pro se*
       Respondent
       Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals,
          1024 Capital Center Drive, Frankfort, KY 40601
4411.009